Ana L. Molleda, State Bar No. 179199
Law Office of Ana L. Molleda
1545 North Texas Street, Suite 303
Fairfield, CA  94533
Telephone:  (707) 422-4050
Facsimile:   (707) 422-4080
Email:  amolleda@molledalawoffice.com

Attorney for Plaintiff Joshua Jacob Subia

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JACOB SUBIA<br><br>                     Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI,<br>  ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>                     Defendant. | Case No.  2:23−CV−01534−CKD SS<br><br>ORDER APPROVING STIPULATION FOR EXTENSION OF TIME |

Good cause having been shown, IT IS HEREBY ORDERED that the Joint Stipulation For Extension of Time for Plaintiff to file Motion for Summary Judgment is hereby GRANTED.  Plaintiff shall file the motion on or before Monday, November 6, 2023.

IT IS SO ORDERED.

Dated:  October 31, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE